# EXHIBIT "A"

 **CT Corporation**

**Service of Process Transmittal**
06/10/2020
CT Log Number 537769869

**TO:**   KIM LUNDY SERVICE OF PROCESS
WALMART INC.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**   **Process Served in Florida**

**FOR:**   Wal-Mart Stores East, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Piazza-Nieves Stephanie, Pltf. vs. Wal-Mart Stores East, LP, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020CA1475OC |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - - |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/10/2020 at 14:54 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/10/2020, Expected Purge Date: 06/15/2020<br><br>Image SOP<br><br>Email Notification,  KIM LUNDY SERVICE OF PROCESS  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / PK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR OSCEOLA
COUNTY, FLORIDA

STEPHANIE PIAZZA-NIEVES

CASE NUMBER: 2020 CA 1475 OC

Plaintiff,

vs.

WAL-MART STORES EAST, LP

Defendant.

_____/

06-10-2020
LSB
SPS #
1365
PM
253
PM

## SUMMONS

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, First
Request to Produce, and Request for Admissions in this action on Defendant:

**WAL-MART STORES EAST, LP**
**c/o C T CORPORATION SYSTEM, as Registered Agent**
**1200 SOUTH PINE ISLAND ROAD**
**PLANTATION, FLORIDA 33324**

Each Defendant is required to serve written defenses to the Complaint on **Michael B. Sanchez,**
**Esquire, Plaintiff's attorney, whose address is 625 E. Colonial Drive, Orlando, Florida 32803,**
within 20 days after service of this Summons on that Defendant, exclusive of the day of service,
and to file the original of the defenses with the Clerk of this Court either before service on
Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered
against that Defendant for the relief demanded in the Complaint.

DATED: June 4/ 2020

Clerk of the Circuit Court     (COURT SEAL)

By: _____
As Deputy Clerk

www.pendaslaw.com

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.

You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff' Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**MICHAEL B. SANCHEZ, ESQUIRE (FBN 106176)**
The Pendas Law Firm
625 E. Colonial Drive
Orlando, Florida 32803
407-352-3535
Attorney for the Plaintiff
msanchez@pendaslaw.com
pleadings@pendaslaw.com
lcruz@pendaslaw.com

www.pendaslaw.com

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR OSCEOLA
COUNTY, FLORIDA

STEPHANIE PIAZZA-NIEVES

CASE NUMBER: $2020 - CA - 1475 - OC$

Plaintiff,

vs.

WAL-MART STORES EAST, LP

Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, STEPHANIE PIAZZA-NIEVES, and sues Defendant, WAL-
MART STORES EAST, LP, (hereinafter "WALMART"), and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceeds $30,000.00 exclusive of interest, costs
and attorney fees, for violations of the Florida Civil Rights Act of 1992, as amended ("FRCA")
Fla. Stat. 760.01 *et seq.* and violation of Fla. Stat. §92.57.

2. At all times material hereto, Defendant, WALMART, is a Foreign Limited
Partnership authorized to and doing business in Osceola County, Florida.

3. At all times material hereto, Plaintiff STEPHANIE PIAZZA-NIEVES was and is a
resident of Osceola County, and worked for the Defendant in Osceola County, Florida. All events
giving rise to this action took place in Osceola County, Florida.

4. At all times material to this case, Defendant, WALMART, owned, leased, or
otherwise controlled, and employed individuals at a business located at 4280 W Vista Ct,
Kissimmee FL, 34746.

5.      That at all times material to this case, Defendant, WALMART, was and is liable for the actions of its employees, agents, servants and/or independent contractors.

6.      This is an action to recover damages suffered by Plaintiff while employed by Defendant, Defendant discriminated, harassed and against and retaliated against Plaintiff based on her sex, and pregnancy in violation of the FCRA.

7.      This is also an action to recover damages from Defendant as a result of their violation of Fla. Stat. §92.57.

8.      · At all-time material hereto, Plaintiff was an employee of Defendant.

9.      At all times material hereto, Defendant employed more than 15 employees. Thus Defendant is an employer with the meaning of the FCRA, Fla. Stat. 760.02(7).

10.     Plaintiff has satisfied all conditions precedent, or they have been waived.

11.     Plaintiff has retained the undersigned attorneys and agreed to pay them a fee.

12.     Plaintiff request a jury trial for all issues so triable.

## FACTS

13.     Plaintiff began working for Defendant on or around June 20, 2013.

14.     Plaintiff performed her job for which she was hired in a satisfactory manner.

15.     Plaintiff at the time of her discrimination and harassment, Spring and Summer of 2018, was a female and pregnant.

16.     Plaintiff's pregnancy was known by Walmart and the Store Manager, Josandi Bautista at the time of Plaintiff's discrimination and harassment.

17.     Plaintiff is a member of a protected class based on her sex and pregnancy, and as such benefits from the protections of the FCRA.

18. Plaintiff was subjected to disparate treatment including working extra hours, working extra duties not within Plaintiff's work description, accusations of not working hard enough, doing work duties other pregnant employees were not required to perform, using Walmart's absentee and tardy policies arbitrarily and unfairly when compared to other Walmart employees, because of Plaintiff's sex, and pregnancy.

19. Plaintiff reported her discrimination and harassment on July 6, 2018 to Walmart's Global Ethics Department, however this report was ignored by Walmart.

20. On June 14, 2019 the State of Florida issued a Witness Subpoena to STEPHANIE PIAZZA-NIEVES in the case of State of Florida v. Chase Allen Teller, Case No.: 49-2018-CF-001261.

21. The Witness Subpoena required Plaintiff to be "On Call" for Tuesday August 28, 2018.

22. Walmart fired Plaintiff because of her absence on August 28, 2018.

## COUNT I-FCRA VIOLATION (DISCRIMINATION)

23. Plaintiff re-alleges and readopts the allegation set forth in paragraphs 1 through 22 of this Complaint, as though fully set forth herein.

24. Plaintiff is a member of a protected class under FCRA.

25. Plaintiff was subject to disparate treatment on account of her sex, and pregnancy.

26. Defendants actions were willful and done with malice.

27. Plaintiff was injured due to Defendants violations of the FCRA for which she is entitled to relief.

WHEREFORE, Plaintiff demands a jury trial on all issues so triable; that process issue and this court takes jurisdiction over this case; compensation for lost wages, benefits, and other

remuneration; Reinstatement of Plaintiff to a position comparable to her prior position, or in the alternative, front pay; Reinstatement of Plaintiff to a position comparable to her prior position, with back pay plus interest , pension rights, and all benefits any other compensatory damages, including emotional distress, allowable at law; Punitive damages; prejudgment interest on all monetary recovery obtained; all costs and attorney's fees incurred in prosecuting these claims; and any other relief this court deems just and equitable.

## COUNT II-FCRA VIOLATION (HARASSMENT)

28.     Plaintiff re-alleges and readopts the allegation set forth in paragraphs 1 through 22 of this Complaint, as though fully set forth herein.

29.     Defendant harassed Plaintiff because of her sex, and pregnancy.

30.     Defendant's harassment cause Plaintiff's termination.

31.     Defendant's actions were willful and done with malice.

32.     Defendant's took material adverse action against Plaintiff in terminating her employment.

33.     Plaintiff was injured due to Defendants violation of the FCRA for which Plaintiff is entitled to legal and injunctive relief.

WHEREFORE, Plaintiff demands a jury trial on all issues so triable; that process issue and this court takes jurisdiction over this case; compensation for lost wages, benefits, and other remuneration; Reinstatement of Plaintiff to a position comparable to her prior position, or in the alternative, front pay; Reinstatement of Plaintiff to a position comparable to her prior position, with back pay plus interest , pension rights, and all benefits; any other compensatory damages, including emotional distress, allowable at law; punitive damages; prejudgment interest on all

monetary recovery obtained; all costs and attorney's fees incurred in prosecuting these claims; and any other relief this court deems just and equitable.

## COUNT III-FLA. STAT. §92.57 VIOLATION (TERMINATION)

34.     Plaintiff re-alleges and readopts the allegation set forth in paragraphs 1 through 22 of this Complaint, as though fully set forth herein.

35.  . Plaintiff was employed by Walmart at the time the State Attorney's office served her with a Witness Subpoena.

36.     Plaintiff Complied with the State Attorney's Witness Subpoena on Tuesday August 28, 2018.

37.     Plaintiff's compliance with the duly issued Witness Subpoena caused Plaintiff to be absent from work on August 28, 2018.

38.     Plaintiff's absence from work on August 28, 2018 caused her to be terminated from WALMART on September 2, 2018.

WHEREFORE, Plaintiff demands a jury trial on all issues so triable; that process issue and this court takes jurisdiction over this case; compensation for lost wages, benefits, and other remuneration; Reinstatement of Plaintiff to a position comparable to her prior position, or in the alternative, front pay; Reinstatement of Plaintiff to a position comparable to her prior position, with back pay plus interest, pension rights, and all benefits; any other compensatory damages, including emotional distress, allowable at law; Punitive damages; prejudgment interest on all monetary recovery obtained; all costs and attorney's fees incurred in prosecuting these claims; and any other relief this court deems just and equitable.

RESPECTFULLY SUBMITTED on this 2nd day of June, 2020.

By: */s/ Michael Bryan Sanchez, Esq.*
**Michael Bryan Sanchez, ESQ. (FBN: 105601)**
The Pendás Law Firm
625 E. Colonial Drive
Orlando, Florida 32803
Tel: 407-352-3535
Fax: 407-770-6066
Attorney for the Plaintiff
Msanchez@pendaslaw.com

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>NINTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>OSCEOLA</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Stephanie Piazza-Nieves</u>
 Plaintiff
        vs.
<u>Wal-Mart Stores East, LP</u>
Defendant

---

**II.     AMOUNT OF CLAIM**
   Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>74,999</u>

**III.    TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

| | |
|---|---|
| ☐ Condominium | ☐ Malpractice – other professional |
| ☐ Contracts and indebtedness | ☒ Other |
| ☐ Eminent domain | ☐ Antitrust/Trade Regulation |
| ☐ Auto negligence | ☐ Business Transaction |
| ☐ Negligence – other | ☐ Circuit Civil - Not Applicable |
| ☐ Business governance | ☐ Constitutional challenge-statute or ordinance |
| ☐ Business torts | ☐ Constitutional challenge-proposed amendment |
| ☐ Environmental/Toxic tort | ☐ Corporate Trusts |
| ☐ Third party indemnification | ☒ Discrimination-employment or other |
| ☐ Construction defect | ☐ Insurance claims |
| ☐ Mass tort | ☐ Intellectual property |
| ☐ Negligent security | ☐ Libel/Slander |
| ☐ Nursing home negligence | ☐ Shareholder derivative action |
| ☐ Premises liability – commercial | ☐ Securities litigation |
| ☐ Premises liability – residential | ☐ Trade secrets |
| ☐ Products liability | ☐ Trust litigation |
| ☐ Real Property/Mortgage foreclosure | |
| ☐ Commercial foreclosure | ☐ County Civil |
| ☐ Homestead residential foreclosure | ☐ Small Claims up to $8,000 |
| ☐ Non-homestead residential foreclosure | ☐ Civil |
| ☐ Other real property actions | ☐ Replevins |
| ☐ Professional malpractice | ☐ Evictions |
| ☐ Malpractice – business | ☐ Other civil (non-monetary) |
| ☐ Malpractice – medical | |

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV.     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☐ Punitive

V.      **NUMBER OF CAUSES OF ACTION:**
(Specify)

2

VI.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

VII.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

VIII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ Michael Bryan Sanchez
                     Attorney or party
FL Bar No.:   106176
                 (Bar number, if attorney)
                 Michael Bryan Sanchez
                 (Type or print name)
     Date:   06/03/2020

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

STEPHANIE PIAZZA-NIEVES

        Plaintiff,

CASE NUMBER:

vs.

WAL-MART STORES EAST, LP

        Defendant.

_____/

## **SUMMONS**

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

      YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, First Request to Produce, and Request for Admissions in this action on Defendant:

**WAL-MART STORES EAST, LP**
**c/o C T CORPORATION SYSTEM, as Registered Agent**
**1200 SOUTH PINE ISLAND ROAD**
**PLANTATION, FLORIDA 33324**

Each Defendant is required to serve written defenses to the Complaint on **Michael B. Sanchez, Esquire, Plaintiff's attorney, whose address is 625 E. Colonial Drive, Orlando, Florida 32803,** within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED:_____

                      Clerk of the Circuit Court    (COURT SEAL)

                      By: _____
                         **As Deputy Clerk**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.

You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff' Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**MICHAEL B. SANCHEZ, ESQUIRE (FBN 106176)**
The Pendas Law Firm
625 E. Colonial Drive
Orlando, Florida 32803
407-352-3535
Attorney for the Plaintiff
msanchez@pendaslaw.com
pleadings@pendaslaw.com
lcruz@pendaslaw.com

Filing # 108311496 E-Filed 06/03/2020 10:56:32 AM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

STEPHANIE PIAZZA-NIEVES

     Plaintiff,

CASE NUMBER: 2020 CA 14750C

vs.

WAL-MART STORES EAST, LP

     Defendant.

_____/

## SUMMONS

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

     YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, First Request to Produce, and Request for Admissions in this action on Defendant:

**WAL-MART STORES EAST, LP**
**c/o C T CORPORATION SYSTEM, as Registered Agent**
**1200 SOUTH PINE ISLAND ROAD**
**PLANTATION, FLORIDA 33324**

Each Defendant is required to serve written defenses to the Complaint on **Michael B. Sanchez, Esquire, Plaintiff's attorney, whose address is 625 E. Colonial Drive, Orlando, Florida 32803**, within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED: June 4, 2020

          Clerk of the Circuit Court   (COURT SEAL)

By: _____
As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.

You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff' Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**MICHAEL B. SANCHEZ, ESQUIRE (FBN 106176)**
The Pendas Law Firm
625 E. Colonial Drive
Orlando, Florida 32803
407-352-3535
Attorney for the Plaintiff
msanchez@pendaslaw.com
pleadings@pendaslaw.com
lcruz@pendaslaw.com

# ARMANDO RAMÍREZ
### CLERK OF THE COURT
### OSCEOLA COUNTY, FLORIDA

Receipt Date:    06/04/2020
Cashiered by Deputy Clerk:
lizeth.hernandez
Transaction  No.:101858569

## Receipt of Transaction
## Number: 2020044875
All cash transactions are final.  No refunds are permitted.
This transaction is subject to a final audit.

**Received From:**
LUZARDO PENDAS

**On Behalf Of:**

,

**CaseNumber   2020 CA 001475 OC**

**MICHAEL B SANCHEZ vs. WAL-MART STORES EAST, LP**

| Fee Description | Fee | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|
| (.SUMCA) SUMMONS CIRCUIT CIVIL | $10.00 | $0.00 | $10.00 | $10.00 | $0.00 |
| Total: | $10.00 | $0.00 | $10.00 | $10.00 | $0.00 |
| Grand Total: | $10.00 | $0.00 | $10.00 | $10.00 | $0.00 |

Comments:

## Payments

| Payment Type | Reference | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|
| E-FILING | 28139513/108311496 | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| | Payments Total: | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |

Receipt # 2020044875
Transaction No.: 101858569
Form Version 2.006

2 Courthouse Square, Kissimmee, FL 34741
(407) 742-3500

Page 1 of 1

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

STEPHANIE PIAZZA-NIEVES

          CASE NUMBER:

     Plaintiff,

vs.

WAL-MART STORES EAST, LP

     Defendant.

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, WAL-MART STORES EAST LP

COMES NOW Plaintiff, STEPHANIE PIAZZA-NIEVES pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, and hereby requests Defendant, WAL-MART STORES EAST LP, produce and permit Plaintiff to inspect and to copy each of the following documents:

1.     STEPHANIE PIAZZA-NIEVES employment file, including employment application. disciplinary history, exit interview, and any other employment material relating to STEPHANIE PIAZZA-NIEVES kept in the normal course and scope of Walmart's ordinary Business activity.

2.     Any and all attendance records of STEPHANIE PIAZZA-NIEVES from January 1, 2018 through September 2, 2018.

3.     Any and all records of STEPHANIE PIAZZA-NIEVES requesting for time off work from January 1, 2018 through September 15, 2018.

4.     Any video footage or audio of STEPHANIE PIAZZA- NIEVES termination on September 2, 2018.

5.      A list of every employee working on September 2, 2019 at 4280 W. Vista Ct., Kissimmee Florida.

6.      Any and all complaints or written communications to WAL-MART STORES EAST LP or any of its agents documenting discrimination or harassment filed by STEPHANIE PIAZZA-NIEVES.

7.      All documents generated by WAL-MART STORES EAST LP, or any of its agents, in response to STEPHANIE PIAZZA-NIEVES global ethics complaint filed in July of 2018.

8.      Any and all written notes, communications, memorandum, or writings documenting STEPHANIE PIAZZA-NIEVES the reasons for termination of STEPHANIE PIAZZA-NIEVES.

9.      All Exhibits submitted to the FCHR investigation regarding charge number 201916455.

10.     Any and all documents, charts, reports, memorandums, notes, drawings, graphs, or any other information upon which the Defendant relies upon in its termination of STEPHANIE PIAZZA-NIEVES.

11.     STEPHANIE PIAZZA-NIEVES job description with required duties for the position she held before termination.

12.     A copy of the WAL-MART STORES EAST LP attendance and punctuality policy in effect on September 2, 2018.

13.     STEPHANIE PIAZZA-NIEVES Global Time and Attendance records from January 1, 2018 through September 15, 2018 administered by WAL-MART STORES EAST LP third party administrator Sedgwick.

14.     Every written communication WAL-MART STORES EAST LP, or its agents, have sent to STEPHANIE PIAZZA-NIEVES since her termination on September 2, 2018.

15.     Copies of every FCHR charge filed against WAL-MART STORES EAST LP for events that took place in 2018.

16.     Copies of every FCHR charge filed against WAL-MART STORES EAST LP for the actions of store manager, Josandi Bautista.

17.     Copies of every FCHR charge filed against WAL-MART STORES EAST LP for the actions which took place in WALMART STORES #817.

18.     Copies of every EEOC charge filed against WAL-MART STORES EAST LP for events that took place in 2018.

19.     Copies of every EEOC charge filed against WAL-MART STORES EAST LP for the actions of store manager, Josandi Bautista.

20.     Copies of every EEOC charge filed against WAL-MART STORES EAST LP for the actions which took place in WALMART STORES #817.\

21.     Copies of all global ethics complaints submitted by WAL-MART STORES EAST LP employees accusing Josandi Bautista of harassment.

22.     Copies of all global ethics complaints submitted by WAL-MART STORES EAST LP employees accusing Josandi Bautista of discrimination.

23.     Copies of all global ethics complaints submitted by WAL-MART STORES EAST LP employees accusing Josandi Bautista of violating Florida Law.

24.     Contract Between WAL-MART STORES EAST LP and Sedgwick for attendance keeping of WAL-MART STORES EAST LP employees.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the Defendant along with the Complaint and Summons.

*/S/ Michael Bryan Sanchez*
**Michael Bryan Sanchez. (FBN: 106176)**
The Pendás Law Firm
625 E. Colonial Drive
Orlando, Florida 32803
Tel: 407-352-3535
Fax: 407-770-6066
Attorney for Plaintiff
*Designated e-mail Addresses:*
Msanchez@pendaslaw.com;
pleadings@pendaslaw.com

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

STEPHANIE PIAZZA-NIEVES

        CASE NUMBER:

    Plaintiff,

vs.

WAL-MART STORES EAST, LP

    Defendant.

_____/

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT

Plaintiff, STEPHANIE PIAZZA-NIEVES, by and through the undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.370, hereby requests Defendant, WAL-MART STORES EAST, LP, admit or deny the following within forty-five (45) days from the date of service:

1.    Admit WAL-MART STORES EAST, LP employed more than 15 employees for the whole calendar year of 2018.

2.    Admit STEPHANIE PIAZZA-NIEVES was an employee of WAL-MART STORES EAST, LP  from June 20, 2013 until September 2, 2018.

3.    Admit STEPHANIE PIAZZA-NIEVES was fired on September 2, 2018 because she was a pregnant female.

4.    Admit STEPHANIE PIAZZA-NIEVES was fired on September 2, 2018 because she had accrued more than the allowable amount of points under WAL-MART STORES EAST, LP attendance and punctuality policy.

5.    Admit WAL-MART STORES EAST, LP or its agents knew STEPHANIE PIAZZA-NIEVES was pregnant on or before March 1, 2018.

6.     Admit WAL-MART STORES EAST, LP or its agents knew STEPHANIE PIAZZA-NIEVES was pregnant on or before April 1, 2018.

7.     Admit WAL-MART STORES EAST, LP or its agents knew STEPHANIE PIAZZA-NIEVES was pregnant on or before May 1, 2018.

8.     Admit WAL-MART STORES EAST, LP or its agents knew STEPHANIE PIAZZA-NIEVES was served with a Witness Subpoena requesting her to be "On Call" for August 28, 2018.

9.     Admit WAL-MART STORES EAST, LP or it's agents knew STEPHANIE PIAZZA-NIEVES was pregnant on or before June 1, 2018.

10.    Admit STEPHANIE PIAZZA-NIEVES requested August 28, 2018 off of work.

11.    Admit STEPHANIE PIAZZA-NIEVES request for time off for August 28, 2018, was submitted though Sedgwick before August 28, 2018.

12.    Admit WAL-MART STORES EAST, LP or its agents did not initially approve of STEPHANIE PIAZZA-NIEVES request for time off on August 28, 2018.

13.    Admit WAL-MART STORES EAST, LP issued four (4) points to STEPHANIE PIAZZA-NIEVES for a NO CALL/NO SHOW for her absence on August 28, 2018.

14.    Admit WAL-MART STORES EAST, LP employed STEPHANIE PIAZZA-NIEVES as the Online Groceries Department Manager.

15.    Admit STEPHANIE PIAZZA-NIEVES worked for WAL-MART STORES EAST, LP under the supervision of Josandi Bautista.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon the Defendant along with the Complaint and Summons.

By:    <u>/s/ Michael B. Sanchez</u>
           **MICHAEL B. SANCHEZ, ESQ. (FBN: 106176)**
           The Pendás Law Firm
           625 E. Colonial Drive
           Orlando, Florida 32803
           Tel: 407-352-3535
           Fax: 407-770-6066
           Attorney for Plaintiff
           *Designated e-mail Addresses:*
           msanchez@pendaslaw.com
           pleadings@pendaslaw.com

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Osceola** | **Circuit Court** |

Case Number: 2020-CA-1475 OC

Plaintiff:
**STEPHANIE PIAZZA-NIEVES**

vs.

Defendant:
**WAL-MART STORES EAST, LP**

For:
MICHAEL B. SANCHEZ
THE PENDAS LAW FIRM
625 E. COLONIAL DRIVE
ORLANDO, FL 32803

Received by A-ON Legal Process, Inc. on the 9th day of June, 2020 at 10:56 am to be served on **WAL-MART STORES EAST, LP c/o CT Corporation System, as Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324.**

I, Leonard Gartman, do hereby affirm that on the **10th day of June, 2020** at **2:53 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS; COMPLAINT; PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT; PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, WAL-MART STORES EAST, LP** with the date and hour of service endorsed thereon by me, to: **Monica Myrick** as **Associate Fulfillment Specialist For R/A** for **WAL-MART STORES EAST, LP**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts state are true F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Leonard Gartman**
Special Process Server # 1365

**A-ON Legal Process, Inc.**
**8297 Champions Gate Blvd.**
**#462**
**Champions Gate, FL 33896**
**(407) 910-4222**

Our Job Serial Number: AON-2020000945
Ref: PIAZZA-NIEVES

Filing # 108311496 E-Filed 06/03/2020 10:56:32 AM

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR OSCEOLA
COUNTY, FLORIDA

STEPHANIE PIAZZA-NIEVES

     Plaintiff,

vs.

WAL-MART STORES EAST, LP

     Defendant.

_____/

CASE NUMBER: 2020 CA 1475 OC

## SUMMONS

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

     YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, First
Request to Produce, and Request for Admissions in this action on Defendant:

**WAL-MART STORES EAST, LP**
**c/o C T CORPORATION SYSTEM, as Registered Agent**
**1200 SOUTH PINE ISLAND ROAD**
**PLANTATION, FLORIDA 33324**

Each Defendant is required to serve written defenses to the Complaint on **Michael B. Sanchez,**
**Esquire, Plaintiff's attorney, whose address is 625 E. Colonial Drive, Orlando, Florida 32803,**
within 20 days after service of this Summons on that Defendant, exclusive of the day of service,
and to file the original of the defenses with the Clerk of this Court either before service on
Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered
against that Defendant for the relief demanded in the Complaint.

DATED: June 4, 2020

     Clerk of the Circuit Court    (COURT SEAL)

By: _____
     As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.

You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**MICHAEL B. SANCHEZ, ESQUIRE (FBN 106176)**
The Pendas Law Firm
625 E. Colonial Drive
Orlando, Florida 32803
407-352-3535
Attorney for the Plaintiff
msanchez@pendaslaw.com
pleadings@pendaslaw.com
lcruz@pendaslaw.com